UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Rick Lee Hartman<br>          Plaintiff,<br><br>v.<br><br>Joan Fabian, Jeffrey Peterson,<br>Lance Culliver, Sherry Hill,<br>Andy Doom and Russ Stricker,<br>in their individual and official<br>capacities.<br><br>          Defendants. | **ORDER GRANTING PARTIAL DISMISSAL WITH PREJUDICE OF DEFENDANTS JOAN FABIAN & JEFFREY PETERSON**<br><br>CIVIL CASE NO.  11-905 DSD-AJB |

This matter has come before this Court pursuant to a Stipulation Partial of Dismissal with Prejudice of Defendants Joan Fabian & Jeffrey Peterson.  Plaintiff's Complaint has been served and answered by all Defendants concerning this matter and discovery has been completed.  The Plaintiff and Defendants have stipulated and agreed to a voluntary dismissal with prejudice of Defendants Fabian and Peterson from this lawsuit, and with no admission of liability on their part, which this Court finds reasonable in these circumstances.

IT IS HEREBY ORDERED THAT:

1. Any and all claims and causes of action concerning this matter against Defendants Joan Fabian and Jeffrey Peterson in their individual and/or official capacities are dismissed with prejudice and with no admission of liability on their part.

2. Pursuant to the parties' Stipulation, no costs or disbursements, including attorney's fees pursuant to 42 U.S.C. § 1988 or Rules 11 or 54, Federal Rules of Civil Procedure

    shall be sought, recovered, or paid by Plaintiff or by Defendants Joan Fabian or Jeffrey Peterson in their individual and/or official capacities.

3. This Order does not prevent the Plaintiff from pursuing his claims and causes of action in this case against Defendants Sherry Hill, Andy Doom, Lance Culliver and Russ Stricker.

Dated: August 15, 2012

                                                         s/David S. Doty
                                                         David S. Doty, Judge
                                                         United States District Court